UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERNEST SEAY, : NO. 1:10-CV-828
:
    Petitioner, :
:
vs. : **ORDER**
:
WARDEN, OAKWOOD :
CORRECTIONAL FACILITY, :
:
    Respondent. :

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 10), to which there were no objections.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 10), and DENIES Respondent's Motion to Dismiss Habeas Corpus Petition as Unexhausted (doc. 9).

SO ORDERED.

DATED: 10/11/11

S. Arthur Spiegel
United States Senior District Judge