# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ERNEST SEAY,

    Petitioner,

:    Case No. 1:10-cv-828

:    District Judge S. Arthur Spiegel
    -vs-    Magistrate Judge Michael R. Merz

WARDEN, Oakwood Correctional
  Institution,

:

    Respondent.

## ORDER VACATING STAY AND ORDERING COMPLETION OF THE RECORD

On October 12, 2011, this Court granted Respondent's Motion to Stay these proceedings pending the outcome of Petitioner's state court action on a petition to vacate his conviction (Doc. No. 22).  On July 25, 2012, the Ohio Supreme Court declined to hear Petitioner's appeal in that case.  *Ohio v. Seay,* No. 2012-0599.  It thus appears that the state court proceedings are complete.

It is accordingly ordered that Respondent file not later than August 20, 2012, a supplemental return of writ with copies of the state court record generated in this matter since the original Return was filed.  Petitioner may file a supplemental reply not later than twenty-one days after the supplemental return is filed.

August 3, 2012.

    s/ *Michael R. Merz*
    United States Magistrate Judge